■ In the Matter of THOMAS F. PRENTICE, Petitioner, v WILLIAM CONNELIE, as Superintendent of the New York State Police, et al., Respondents.—Determination unanimously confirmed, without costs. Memorandum: The findings and determination of respondent Superintendent of State Police were clearly supported by substantial evidence. The standards established for the conduct of State Police officers were reasonable and petitioner had been informed thereof. He grossly violated such standards, and his actions tended to bring discredit to the department. Since petitioner was a probationary officer, the punishment of dismissal was not shocking or excessive. (Article 78 proceeding transferred by order of Cayuga Supreme Court.) Present—Marsh, P. J., Cardamone, Simons, Dillon, and Witmer, JJ.

■ VIRGINIA L. ADAMS, Individually and as Assignee of Concord General Mutual Insurance Co., Subrogee of VIRGINIA L. ADAMS, Respondent, v WILLIAM E. BOULEY Co., INC., Appellant.—Order unanimously affirmed, with costs, on opinion at Onondaga Special Term, Mead, J., and the following memorandum: We add that the notice on the original summons was erroneous because the insurance company's subrogated claim on which it was based included items relating to plaintiff-respondent's expenses for her personal injuries as well as for property damages. The action on these claims was timely instituted; and it was proper to grant the amendment. (See, also, Liberty Mut. Fire Ins. Co. v Perricone, 54 AD2d 975.) (Appeal from order of Onondaga Supreme Court—summary judgment, etc.) Present—Marsh, P. J., Cardamone, Simons, Dillon and Witmer, JJ.

■ GEORGE A. COLE, Appellant, et al., Plaintiff, v ROLY-DOOR SALES CO. OF ROCHESTER, INC., Defendant, and STATE INSURANCE FUND, Respondent.—Order unanimously reversed, with costs, and motion granted (see Becker v Huss Co., 55 AD2d 854). (Appeal from order of Monroe Supreme Court—attorneys fees.) Present—Marsh, P. J., Cardamone, Simons, Dillon and Witmer, JJ.